Frank Edward **PENNINGTON**,
Appellee,

v.

**C. C. PEYTON, Superintendent of the
Virginia State Penitentiary,**
Appellant.

No. 12782.

United States Court of Appeals
Fourth Circuit.

Jan. 8, 1969.

A. James Kauffman, Richmond, Va.,
for appellee.

Reno S. Harp, III, Asst. Atty. Gen.,
for appellant.

Before BOREMAN, BRYAN and
CRAVEN, Circuit Judges.

PER CURIAM:

Frank Edward Pennington was first
tried as a recidivist in March 1961 and
given a one year sentence. This sen-
tence on petitioner's motion was vacated
in October of 1963 as required by Chewn-
ing v. Cunningham, 368 U.S. 443, 82 S.
Ct. 498, 7 L.Ed.2d 442 (1962). A sec-
ond re-trial was subsequently invalidat-
ed. At his third trial in the Circuit
Court of the City of Richmond in June
of 1967 he was again convicted and sen-
tenced to a term of two years, with six
months suspended for good behavior.
The district court held that under Patton
v. North Carolina, 4 Cir., 381 F.2d 636,
Pennington could not constitutionally be
sentenced for a term longer than imposed
at his first trial. A writ of habeas cor-
pus was issued to compel his release
unless lawfully re-sentenced within the
limitation of *Patton.*

We adhere to our decision in Patton v.
North Carolina, supra, and since no other
question is presented on appeal we sum-
marily affirm.

Affirmed.